USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CARLOS RUIZ FLOREZ,

Plaintiff,

-against-

308-310 BLEECKER STREET LLC, *et al.*,

Defendants.

----------------------------------------------------------------X

1:26-cv-4742-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated June 5, 2026, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 10, 2026. As of September 11, 2026, the Court had not received the joint status letter or proposed case management plan and ordered the parties to comply with the Court's order forthwith and in any event no later than September 14, 2026.

As of the date of this order, the Court has not received the joint status letter or proposed case management plan. The parties are ordered to comply with the Court's June 5, 2026 order forthwith and in any event no later than September 16, 2026 at 12:00 p.m.

SO ORDERED.

Dated: September 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge