USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2026

Law Office of Jennifer E. Tucek, P.C.
641 Lexington Avenue, 15th Floor
New York, New York 10022
TucekLaw@Gmail.com
(917) 669-6991

**MEMORANDUM ENDORSED**

September 16, 2026

Via ECF
Honorable Gregory H. Woods
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

Re: *Florez v. 4T USA Inc.* / 26-cv-4742 (GHW)

Dear Judge Woods:

I represent the Plaintiff Carlos Ruiz Florez in the above-referenced case. I am writing on behalf of the parties to inform the court that the matter has settled in principle, and to request that the June 17 conference be adjourned *sine die*. The Parties further respectfully request that, in the event the court close the case, the Parties be provided 30 days to reopen. Thank you.

Respectfully Submitted,

/s/Jennifer E. Tucek

Jennifer E. Tucek
Attorney for Plaintiff

The initial pretrial conference scheduled for September 17, 2026 and associated deadlines are adjourned *sine die*. The Court will issue a separate order conditionally discontinuing this case. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: September 16, 2026
New York, New York

GREGORY H. WOODS
United States District Judge